1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

**FILED**

AUG 20 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA

12  v.                                          CASE NO. 2:18-MJ-0155-EFB

13  Fidel SANCHEZ–CRUZ,                         [PROPOSED] ORDER TO UN-SEAL AND TO
    Abraham DE LOS SANTOS-SANCHEZ,              FILE REDACTED COPY OF AFFIDAVIT
14  Nancy EVELIN VILLENA-ARGUELLES, and
    Cornelio CARRAZCO-VALENCIA
15

16
        The government's motion to unseal the above-referenced case, keep the affidavit sealed, and file
17
   a redacted copy of the sealed affidavit is GRANTED.
18
   Dated: August 20, 2018
19
                                                _____
20                                              HON. EDMUND F. BRENNAN
                                                United States Magistrate Judge
21

22

23

24

25

26

27

28