McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0171-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| FIDEL SANCHEZ-CRUZ, AGUSTIN CRUZ-SANCHEZ, ABRAHAM DE LOS SANTOS-SANCHEZ, AND NANCY EVELIN VILLENA-ARGUELLES, | DATE: April 11, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on April 11, 2019.

2. By this stipulation, defendants now move to continue the status conference until June 13, 2019, and to exclude time between April 11, 2019, and June 13, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 10,500 pages of investigative reports, photographs, and other documents, as well as video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. On or about March 8, 2019, the government produced more than 3,000 additional pages of photographs. On or about March 14,

2019, the government produced a preliminary final environmental assessment report for the cultivation site at issue in this case.

       b)      In addition, or about February 25, 2019, the government produced to defendant Villena-Arguelles the contents of her seized cell phone, consisting of hundreds of photographs, videos, and other files. On or about March 5, 2019, the government produced to defendant Cruz-Sanchez the contents of his seized cell phone, consisting of hundreds of photographs, videos, and other files. On or about March 14, 2019, the government produced to defendant Santos-Sanchez more than 90 pages of discovery consisting of files seized from co-defendants' cell phones. Also on or about March 14, 2019, the government produced more than 450 pages of protected materials to defendant Fidel Sanchez-Cruz, following the entry of a stipulated protective order signed by Magistrate Judge Deborah Barnes on March 12, 2019 (Dkt. No. 44).

       c)      Counsel for defendants desire additional time to review this discovery and discuss it with their clients, to conduct investigation, and to otherwise prepare for trial.

       d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       e)      The government does not object to the continuance.

       f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 11, 2019 to June 13, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 9, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: April 9, 2019 | /s/ DINA SANTOS<br>DINA SANTOS<br>Counsel for Defendant<br>FIDEL SANCHEZ-CRUZ |
| Dated: April 9, 2019 | /s/ MATTHEW BOCKMON<br>MATTHEW BOCKMON<br>Counsel for Defendant<br>AGUSTIN CRUZ-SANCHEZ |
| Dated: April 9, 2019 | /s/ ETAN ZAITSU<br>ETAN ZAITSU<br>Counsel for Defendant<br>ABRAHAM DE LOS SANTOS-SANCHEZ |
| Dated: April 9, 2019 | /s/ CLEMENTE JIMENEZ<br>CLEMENTE JIMENEZ<br>Counsel for Defendant<br>NANCY EVELIN VILLENA-ARGUELLES |

**ORDER**

IT IS SO ORDERED.

Dated: April 15, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE