McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0171-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| FIDEL SANCHEZ-CRUZ, AGUSTIN CRUZ-SANCHEZ, AND ABRAHAM DE LOS SANTOS-SANCHEZ, | DATE: June 13, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on June 13, 2019.

2. By this stipulation, defendants now move to continue the status conference until August 22, 2019, and to exclude time between June 13, 2019, and August 22, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 10,500 pages of investigative reports, photographs, and other documents, as well as video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. In addition, on or about March 5, 2019, the government produced to defendant Cruz-Sanchez the contents of his seized cell phone, consisting of hundreds of photographs, videos, and other files.

b) On June 4, 2019, the Court signed an order substituting attorney Hayes H. Gable, III, as appointed counsel for defendant Cruz-Sanchez. Mr. Gable has not been able to obtain the discovery from prior counsel; accordingly, the government is preparing another copy of the discovery for production to Mr. Gable in the coming days.

c) Counsel for defendants desire additional time to review the discovery and discuss it with their clients, to conduct investigation, and to otherwise prepare for trial.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 13, 2019 to August 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
//
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 10, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: June 10, 2019

/s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant
FIDEL SANCHEZ-CRUZ

Dated: June 10, 2019

/s/ HAYES H. GABLE, III
HAYES H. GABLE, III
Counsel for Defendant
AGUSTIN CRUZ-SANCHEZ

Dated: June 10, 2019

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
ABRAHAM DE LOS SANTOS-SANCHEZ

**ORDER**

IT IS SO ORDERED.

Dated: June 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE