McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0171-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| FIDEL SANCHEZ-CRUZ, AGUSTIN CRUZ-SANCHEZ, AND ABRAHAM DE LOS SANTOS-SANCHEZ, | DATE: August 22, 2019 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on August 22, 2019.

2.      By this stipulation, defendants now move to continue the status conference until October 17, 2019, and to exclude time between August 22, 2019, and October 17, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes more than 13,000 pages of investigative reports, photographs, and other documents, as well as video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  In addition, the government has produced to defendant Cruz-Sanchez the contents of his seized cell phone, consisting of hundreds of photographs, videos, and other files.

1

2

b)      Counsel for defendants desire additional time to review the discovery and discuss it with their clients, to conduct investigation, and to otherwise prepare for trial.

3

4

5

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6

d)      The government does not object to the continuance.

7

8

9

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

10

11

12

13

14

15

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2019 to October 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 19, 2019                            McGREGOR W. SCOTT
                                                   United States Attorney


                                                   /s/ DAVID W. SPENCER
                                                   DAVID W. SPENCER
                                                   Assistant United States Attorney


Dated:  August 19, 2019                            /s/ DINA SANTOS
                                                   DINA SANTOS
                                                   Counsel for Defendant
                                                   FIDEL SANCHEZ-CRUZ

Dated:  August 19, 2019                            /s/ HAYES H. GABLE, III
                                                   HAYES H. GABLE, III
                                                   Counsel for Defendant
                                                   AGUSTIN CRUZ-SANCHEZ

Dated:  August 19, 2019                            /s/ ETAN ZAITSU
                                                   ETAN ZAITSU
                                                   Counsel for Defendant
                                                   ABRAHAM DE LOS SANTOS-
                                                   SANCHEZ


## ORDER

IT IS SO ORDERED.

Dated:  August 20, 2019


                                                   MORRISON C. ENGLAND, JR
                                                   UNITED STATES DISTRICT JUDGE