1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 2:18-CR-0171-MCE

12                      Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                           ORDER

14  FIDEL SANCHEZ-CRUZ,                      DATE: August 22, 2019
    AGUSTIN CRUZ-SANCHEZ, AND                TIME: 10:00 a.m.
15  ABRAHAM DE LOS SANTOS-SANCHEZ,           COURT: Hon. Morrison C. England, Jr.

16                      Defendants.

17

18                              STIPULATION

19       1.      By previous order, this matter was set for status on August 22, 2019.

20       2.      By this stipulation, defendants now move to continue the status conference until October

21  17, 2019, and to exclude time between August 22, 2019, and October 17, 2019, under Local Code T4.

22       3.      The parties agree and stipulate, and request that the Court find the following:

23              a)      The government has represented that the discovery associated with this case

24  includes more than 13,000 pages of investigative reports, photographs, and other documents, as

25  well as video and audio recordings. All of this discovery has been either produced directly to

26  counsel and/or made available for inspection and copying.  In addition, the government has

27  produced to defendant Cruz-Sanchez the contents of his seized cell phone, consisting of

28  hundreds of photographs, videos, and other files.

1    b)    Counsel for defendants desire additional time to review the discovery and discuss

2    it with their clients, to conduct investigation, and to otherwise prepare for trial.

3    c)    Counsel for defendants believe that failure to grant the above-requested

4    continuance would deny them the reasonable time necessary for effective preparation, taking into

5    account the exercise of due diligence.

6    d)    The government does not object to the continuance.

7    e)    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11    et seq., within which trial must commence, the time period of August 22, 2019 to October 17,

12    2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13    T4] because it results from a continuance granted by the Court at defendants' request on the basis

14    of the Court's finding that the ends of justice served by taking such action outweigh the best

15    interest of the public and the defendant in a speedy trial.

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1        4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5

6

7   Dated:  August 19, 2019                        McGREGOR W. SCOTT
                                                  United States Attorney

8

9                                              /s/ DAVID W. SPENCER
                                               DAVID W. SPENCER

10                                             Assistant United States Attorney

11

12  Dated:  August 19, 2019                        /s/ DINA SANTOS
                                               DINA SANTOS

13                                             Counsel for Defendant
                                               FIDEL SANCHEZ-CRUZ

14  Dated:  August 19, 2019                        /s/ HAYES H. GABLE, III
                                               HAYES H. GABLE, III

15                                             Counsel for Defendant

16                                             AGUSTIN CRUZ-SANCHEZ

17  Dated:  August 19, 2019                        /s/ ETAN ZAITSU
                                               ETAN ZAITSU

18                                             Counsel for Defendant
                                               ABRAHAM DE LOS SANTOS-

19                                             SANCHEZ

20

21                                       **ORDER**

22       IT IS SO ORDERED.

23  Dated:  August 20, 2019

24

25                                             MORRISON C. ENGLAND, JR
                                               UNITED STATES DISTRICT JUDGE

26

27

28