McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>FIDEL SANCHEZ-CRUZ, AND<br>AGUSTIN CRUZ-SANCHEZ,<br><br>                    Defendants. | CASE NO. 2:18-CR-0171-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 17, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on October 17, 2019.

2. By this stipulation, defendants now move to continue the status conference until November 14, 2019, and to exclude time between October 17, 2019, and November 14, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 13,000 pages of investigative reports, photographs, and other documents, as well as video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. In addition, the government has produced to defendant Cruz-Sanchez the contents of his seized cell phone, consisting of hundreds of photographs, videos, and other files.

      b)      Counsel for defendants desire additional time to review the discovery and discuss it with their clients, to conduct investigation, and to otherwise prepare for trial.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2019 to November 14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONTINUED ON NEXT PAGE]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 15, 2019     McGREGOR W. SCOTT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: October 15, 2019     /s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant
FIDEL SANCHEZ-CRUZ

Dated: October 15, 2019     /s/ HAYES H. GABLE, III
HAYES H. GABLE, III
Counsel for Defendant
AGUSTIN CRUZ-SANCHEZ

**ORDER**

IT IS SO ORDERED.

Dated: October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE