TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
AUGUSTIN CRUZ-SANCHEZ

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>Sanchez-Cruz et al.<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 2:18-CR-00171 MCE

**ORDER SEALING ATTACHMENT TO DEFENSE BAIL MOTION FILED AS ECF DOC NUMBER 133**
**.**

_____

    Pursuant to Local Rule 141(b), and based upon the representation contained in the

Request to Seal filed by defendant Augustin Cruz-Sanchez, IT IS HEREBY ORDERED that the

attachment to Defendant's Bail Motion filed as ECF DOC Number 133 shall be SEALED until

further order of this Court.

Dated:  November 4, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1