PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIDEL SANCHEZ-CRUZ, and<br>AGUSTIN CRUZ-SANCHEZ,<br><br>Defendants. | CASE NO. 2:18-CR-00171-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 3, 2022<br>TIME: 10:00 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status hearing on December 9, 2021, before the Honorable Morrison C. England, Jr., and time was excluded through that date under Local Code T4. ECF No. 164.

2.  On November 9, 2021, this case was reassigned to the Honorable Troy L. Nunley for all further proceedings. The previously scheduled December 9, 2021 status hearing was vacated and the parties were "directed to file documents to reschedule any hearing(s) previously set to the new District Judge." ECF No. 165.

3. By this stipulation, the parties request to set a status hearing for February 3, 2022, and defendants move to exclude time between December 9, 2021, and February 3, 2022, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 13,000 pages of investigative reports, photographs, and other documents, as well as video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) On August 21, 2020, the Court appointed attorney Toni White as counsel to represent Defendant Agustin Cruz-Sanchez.

    c) Counsel for defendants desire additional time to review the discovery and discuss it with their clients, to conduct investigation, and to otherwise prepare for trial.

    d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2021 to February 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 1, 2021	PHILLIP A. TALBERT
	Acting United States Attorney

	/s/ DAVID W. SPENCER
	DAVID W. SPENCER
	Assistant United States Attorney

Dated: December 1, 2021	/s/ Dina Santos
	Dina Santos
	Counsel for Defendant
	FIDEL SANCHEZ-CRUZ

Dated: December 1, 2021	/s/ Toni White
	Toni White
	Counsel for Defendant
	AGUSTIN CRUZ-SANCHEZ

IT IS SO ORDERED.

DATED: December 3, 2021

Troy L. Nunley
United States District Judge