PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIDEL SANCHEZ-CRUZ, and<br>AGUSTIN CRUZ-SANCHEZ,<br><br>Defendants. | CASE NO. 2:18-CR-00171-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 3, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 3, 2022.

2. By this stipulation, defendants now move to continue the status conference to April 7, 2022, and to exclude time between February 3, 2022, and April 7, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 13,000 pages of investigative reports, photographs, and other documents, as well as video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                1

    b)  On August 21, 2020, the Court appointed attorney Toni White as counsel to represent Defendant Agustin Cruz-Sanchez.

    c)  Counsel for defendants desire additional time to review the discovery and discuss it with their clients, to conduct factual investigation and legal research, to evaluate potential options for responding to the charges, and to otherwise prepare for trial.

    d)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 3, 2022 to April 7, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: January 31, 2022          PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ DAVID W. SPENCER
                                 DAVID W. SPENCER
                                 Assistant United States Attorney


Dated: January 31, 2022          /s/ Dina Santos
                                 Dina Santos
                                 Counsel for Defendant
                                 FIDEL SANCHEZ-CRUZ

Dated: January 31, 2022          /s/ Toni White
                                 Toni White
                                 Counsel for Defendant
                                 AGUSTIN CRUZ-SANCHEZ


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 31st day of January, 2022.


                                 _____
                                 Troy L. Nunley
                                 United States District Judge