PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIDEL SANCHEZ-CRUZ, and<br>AGUSTIN CRUZ-SANCHEZ,<br><br>Defendants. | CASE NO. 2:18-CR-00171-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 7, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 7, 2022.

2. By this stipulation, defendants now move to continue the status conference to May 19, 2022, at 9:30 a.m., for a status conference/likely change of plea hearing, and to exclude time between April 7, 2022, and May 19, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 13,000 pages of investigative reports, photographs, and other documents, as

well as video and audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) On August 21, 2020, the Court appointed attorney Toni White as counsel to represent Defendant Agustin Cruz-Sanchez.

   c) Counsel for defendants desire additional time to review the discovery and discuss it with their clients, to conduct factual investigation and legal research, to evaluate potential options for responding to the charges, and to otherwise prepare for trial.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 7, 2022 to May 19, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  April 5, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  April 5, 2022

/s/ Dina Santos
Dina Santos
Counsel for Defendant
FIDEL SANCHEZ-CRUZ

Dated:  April 5, 2022

/s/ Toni White
Toni White
Counsel for Defendant
AGUSTIN CRUZ-SANCHEZ

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 5th day of April, 2022.

Troy L. Nunley
United States District Judge