Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
FIDEL SANCHEZ CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FIDEL SANCHEZ CRUZ,<br>'<br>            Defendant | CASE NO. 2:18-CR-171-TLN<br><br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND CONTINUE J&S 1/19/2023 AT 9:30 A.M. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer, and Defendant, FIDEL SANCHEZ CRUZ, by and through his counsel, Dina L. Santos, agree and stipulate to reset the briefing schedule and set Judgment and Sentencing to **January 19, 2023, at 9:30 a.m.,** in the above-captioned matter. Probation has been contacted and has no objection to the new schedule. The briefing schedule will be reset as follows:

1

| | |
|---|---|
| Judgment and Sentencing Date: | January 19, 2023 |
| Reply, or Statement of Non-Opposition: | January 12, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | Dec. 22, 2022 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | Dec. 15, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Dec. 8, 2022 |

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 5, 2022         Phillip Talbert
                               United States Attorney

                                /s/ David Spencer
                               DAVID SPENCER
                               Assistant United States Attorney

Dated: October 5, 2022         /s/ Dina L. Santos
                               DINA L. SANTOS, ESQ.
                               Attorney for Fidel Sanchez Cruz

**ORDER**

IT IS SO FOUND AND ORDERED this 7th day of October, 2022.

Troy L. Nunley
United States District Judge